**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Redell Crabbe | : | Chapter 13 |
| Deborah Crabbe | : | Case No.: 22-12378-AMC |
| Debtor(s) | : | |

**O R D E R**

AND NOW, this __23rd__ day of __September__, 2022, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before September 7, 2022 ~~XXXXXXXXXXX~~.

_/s/ Ashely M. Chan_

HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE