IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Redell Crabbe | : | Chapter 13 |
| Deborah Crabbe | : | Case No.: 22-12378-AMC |
| Debtor(s) | : | |

## AMENDED ORDER

AND NOW, this __23rd__ day of __September__, 2022, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before ~~September 15, 2022~~ October 7, 2022.

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE