United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                              Case No. 22-12378-amc

Redell Crabbe                                                       Chapter 13

Deborah Crabbe

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                 User: admin                      Page 1 of 2

Date Rcvd: Sep 23, 2022           Form ID: pdf900               Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|------------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2022:**

| Recip ID | | Recipient Name and Address |
|----------|---|----------------------------|
| db/jdb | + | Redell Crabbe, Deborah Crabbe, 127 W. Washington Lane, Philadelphia, PA 19144-2613 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2022             Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| BRAD J. SADEK | |
| | on behalf of Debtor Redell Crabbe brad@sadeklaw.com |
| | bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | |
| | on behalf of Joint Debtor Deborah Crabbe brad@sadeklaw.com |
| | bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                        User: admin                                    Page 2 of 2
Date Rcvd: Sep 23, 2022                     Form ID: pdf900                          Total Noticed: 1
TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|--------|---|---|
| Redell Crabbe | : | Chapter 13 |
| Deborah Crabbe | : | Case No.: 22-12378-AMC |
| Debtor(s) | : | |

**A M E N D E D   O R D E R**

AND NOW, this ____23rd____ day of ____September____, 2022, upon

consideration of the within Motion to Extend Time to File Required Documents, it is

hereby:

ORDERED that the Motion that is GRANTED, and the Debtor is given an

October  7, 2022

extension to file all required documents with the Court on or before ~~September X, 2022~~

_____

HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE