IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Redell Crabbe | : | Chapter 13 |
| Deborah Crabbe | : | Case No.: 22-12378-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE UNDER LOCAL RULE 3015-2

I, Brad J. Sadek, Esq., hereby certify that on October 17, 2022 a true and correct copy of the Original Chapter 13 Plan was served by electronic delivery or Regular US Mail to all secured, priority, and unsecured creditors per the Creditor Matrix.

Date: October 17, 2022

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire
Attorney for Debtor(s)
Sadek & Cooper Law Offices
1500 JFK Boulevard – Suite 220
Philadelphia, PA 19102
215-545-0008