IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> REDELL CRABBE, and <br> DEBORAH CRABBE, <br><br> Debtors, <br><br> TOYOTA MOTOR CREDIT CORPORATION, <br><br> Movant, <br><br> v. <br><br> REDELL CRABBE, <br> DEBORAH CRABBE, and <br> SCOTT F. WATERMAN, Trustee, <br> Respondents. | Bankruptcy No. 22-12378-amc <br><br> Chapter 13 <br><br> Document No. |

CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the January 18, 2023, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Redell Crabbe <br> Deborah Crabbe <br> 127 W. Washington Lane <br> Philadelphia, PA 19144 | Brad J. Sadek <br> Sadek and Cooper <br> 1500 JFK Boulevard, Ste 220 <br> Philadelphia, PA 19102 |

| | |
|---|---|
| Scott Waterman <br> 2901 St. Lawrence Ave., Suite 100 <br> Reading, PA 19606 | Office of United States Trustee <br> 900 Market Street, Suite 320 <br> Philadelphia, PA 19107 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax (412) 456-8135