UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Redell Crabbe<br>    Deborah Crabbe<br><br>              Debtors | Chapter 13<br>Bankruptcy No.22-12378-AMC |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 30th day of January, 2023, by first class mail upon those listed below:

Redell Crabbe
Deborah Crabbe
127 W. Washington Lane
Philadelphia, PA  19144

**Electronically via CM/ECF System Only:**

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1500 JFK BOULEVARD
SUITE 220
PHILADELPHIA, PA  19102

                                          */s/ Kristen Gliem*
                                          Kristen Gliem
                                          for
                                          Scott F. Waterman, Esquire
                                          Standing Chapter 13 Trustee