**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Deborah Crabbe<br>        Redell Crabbe<br><br>                    Debtor(s) | | CHAPTER 13 |
| Nationstar Mortgage LLC<br>                    Movant<br>        vs. | | NO. 22-12378 AMC |
| Deborah Crabbe<br>Redell Crabbe<br><br>                    Debtor(s) | | |
| Scott F. Waterman<br><br>                    Trustee | | 11 U.S.C. Section 362 |

**MOTION OF Nationstar Mortgage LLC**
**FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER SECTION 362**

1.    Movant is Nationstar Mortgage LLC.

2.    Debtor(s) is/are the owner(s) of the premises 127 West Washington Lane, Philadelphia, PA 19144, hereinafter referred to as the mortgaged premises.

3.    Movant is the holder of a mortgage, original principal amount of $267,858.00 on the mortgaged premises that was executed on September 4, 2007.  The mortgage has been assigned as follows: Assigned to Nationstar Mortgage LLC, Recorded October 17, 2016 in Philadelphia County, Document ID. 53132986.

4.     Scott F. Waterman, is the Trustee appointed by the Court.

5.    The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor(s).

6.    Debtor(s) has/have failed to make the monthly post-petition mortgage payments in the amount of $2,099.41 for the months of October 2022 through February 2023 plus late charges if applicable.

7.    In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred legal fees and

legal costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance

with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8.      The total amount necessary to reinstate the loan post-petition is $10,497.05 (plus attorney's

fees & costs).

9.      Movant is entitled to relief from stay for cause.

10.      This motion and the averments contained therein do not constitute a waiver by Movant of

its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due

under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Stay and permitting Movant to

proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take

any legal action to enforce its right to possession of the mortgage premises.  Further, Movant prays that an

Order be entered awarding Movant the costs of this suit, reasonable attorney's fees in accordance with the

mortgage document and current law together with interest.


/s/ Denise Carlon
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant