IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>REDELL CRABBE, and<br>DEBORAH CRABBE,<br><br>　　　Debtors,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>　　　Movant,<br><br>　　　　　v.<br><br>REDELL CRABBE,<br>DEBORAH CRABBE, and<br>SCOTT F. WATERMAN, Trustee,<br>　　　Respondents. | Bankruptcy No. 22-12378-amc<br><br>Chapter 13<br><br>Document No. 30, 36 |

ORDER OF COURT

　　　AND NOW, this ___ day of _____, 2023, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

**Date: March 20, 2023**

BY THE COURT

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge