United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12378-amc |
| Redell Crabbe | Chapter 13 |
| Deborah Crabbe | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Redell Crabbe, Deborah Crabbe, 127 W. Washington Lane, Philadelphia, PA 19144-2613 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |
| | on behalf of Joint Debtor Deborah Crabbe brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | |
| | on behalf of Debtor Redell Crabbe brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com |
| JOSHUA DOMER | |
| | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

KERI P EBECK
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> REDELL CRABBE, and <br> DEBORAH CRABBE, <br><br> Debtors, <br><br> TOYOTA MOTOR CREDIT CORPORATION, <br><br> Movant, <br><br> v. <br><br> REDELL CRABBE, <br> DEBORAH CRABBE, and <br> SCOTT F. WATERMAN, Trustee, <br>    Respondents. | Bankruptcy No. 22-12378-amc <br><br> Chapter 13 <br><br> Document No. 30, 36 |

## ORDER OF COURT

AND NOW, this ___ day of _____, 2023, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

**Date: March 20, 2023**

BY THE COURT

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge