United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-12378-amc
Redell Crabbe     Chapter 13
Deborah Crabbe
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: May 03, 2023     Form ID: 155     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Redell Crabbe, Deborah Crabbe, 127 W. Washington Lane, Philadelphia, PA 19144-2613 |
| 14722854 | + | Nationstar Mortgage LLC, C/O Denise Carlon, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14720102 | + | U.S. Department of Housing and Urban Development, 26 FEDERAL PLAZA SUITE 3541, New York, NY 10278-0004 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14719772 | + | Email/Text: bncnotifications@pheaa.org | May 03 2023 23:45:00 | AES/Pennsylvania Higher Education Assist, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14719774 | | Email/Text: ebn@americollect.com | May 03 2023 23:45:00 | Americollect, Inc, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14719773 | + | Email/Text: backoffice@affirm.com | May 03 2023 23:45:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14719775 | + | Email/Text: Bankruptcy@BAMcollections.com | May 03 2023 23:45:00 | Bureau of Account Managment, Attn: Bankruptcy, 3607 Rosemont Ave, Ste 502, Pob 8875, Camp Hill, PA 17001-8875 |
| 14761483 | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | City of Philadelphia, Law Dept Tax Unit, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14719778 | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | City of Philadelphia, Tax Unit, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 14739691 | | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14730611 | + | Email/Text: documentfiling@lciinc.com | May 03 2023 23:44:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14719776 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 03 2023 23:52:45 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14732640 | + | Email/PDF: ebn_ais@aisinfo.com | May 03 2023 23:52:46 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14730912 | | Email/Text: bnc-quantum@quantum3group.com | May 03 2023 23:45:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14761826 | + | Email/Text: megan.harper@phila.gov | May 03 2023 23:45:00 | City of Philadelphia, Water Revenue Bureau, c/o Joshua Domer, Esq., 1401 JFK Boulevard 5th Floor, Philadelphia PA 19102-1663 |
| 14719779 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 03 2023 23:45:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 182125, Columbus, OH 43218-2125 |
| 14719780 | + | Email/Text: convergent@ebn.phinsolutions.com | May 03 2023 23:45:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 14719781 | + | Email/PDF: creditonebknotifications@resurgent.com | May 03 2023 23:52:50 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14719783 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 03 2023 23:53:34 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14764599 | | Email/Text: ECMCBKNotices@ecmc.org | May 03 2023 23:45:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14773039 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 03 2023 23:45:00 | INTERNAL REVENUE SERVICE, INSOLVENCY, PO Box 7346, Phila., PA 19101-7346 |
| 14727888 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 03 2023 23:52:45 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14719784 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 03 2023 23:53:25 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14719785 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2023 23:45:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14734725 | | Email/Text: nsm_bk_notices@mrcooper.com | May 03 2023 23:45:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14719786 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 03 2023 23:45:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14721050 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 03 2023 23:45:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14734609 | | Email/Text: bnc-quantum@quantum3group.com | May 03 2023 23:45:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14733558 | + | Email/Text: bncnotifications@pheaa.org | May 03 2023 23:45:00 | TRUIST BANK, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14719787 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 03 2023 23:45:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14729750 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 03 2023 23:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14733352 | + | Email/PDF: ebn_ais@aisinfo.com | May 03 2023 23:52:49 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14761484 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Dept - Tax Unit, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14719777 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14719782 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2023 | Form ID: 155 | Total Noticed: 32 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2023             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2023 at the address(es) listed below:

Name                Email Address

BRAD J. SADEK
  on behalf of Joint Debtor Deborah Crabbe brad@sadeklaw.com
  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
  on behalf of Debtor Redell Crabbe brad@sadeklaw.com
  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
  on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
  on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

JOSHUA DOMER
  on behalf of Creditor City of Philadelphia joshua.domer@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

KERI P EBECK
  on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
  jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

MICHAEL PATRICK FARRINGTON
  on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Redell Crabbe and Deborah Crabbe
       Debtor(s)

Chapter: 13

Bankruptcy No: 22−12378−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 3, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                      Ashely M. Chan
                                      Judge ,
                                      United States Bankruptcy Court