IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                                               :
                                                                          :
    Redell Crabbe                                           :
                                                                          :     Bankruptcy No. 22-12378 (amc)
                                                    Debtor.   :
---------------------------------------------------------x

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly withdraw the appearance of JOSHUA DOMER, Esquire as counsel of record for creditor The City of Philadelphia and/or Water Revenue Bureau in the above-captioned matter.

                                                      THE CITY OF PHILADELPHIA

Dated: June 23, 2023          By:    */s/ JOSHUA DOMER*
                                                  JOSHUA DOMER
                                                  DEPUTY CITY SOLICITOR
                                                  PA Attorney I.D. 319190

## ENTRY OF APPEARANCE

Kindly enter the appearance of PAMELA ELCHERT THURMOND, Esquire as counsel of record for creditor The City of Philadelphia and/or the Water Revenue Bureau in the above captioned matter.

                                          THE CITY OF PHILADELPHIA

Dated: June 23, 2023      By:    */s/ Pamela Elchert Thurmond*
                                          PAMELA ELCHERT THURMOND
                                          Senior Attorney
                                          PA Attorney I.D. 202054
                                          Attorney for the City of Philadelphia
                                          City of Philadelphia Law Department
                                          Municipal Services Building
                                          1401 JFK Boulevard, 5th Floor
                                          Philadelphia, PA  19102-1595
                                          215-686-0508 (phone)
                                          Email: Pamela.Thurmond@phila.gov