| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-12378-AMC

Redell Crabbe  
Deborah Crabbe  
127 W. Washington Lane  
Philadelphia  PA   19144

Petition Filed Date: 09/08/2022  
341 Hearing Date: 11/18/2022  
Confirmation Date: 05/03/2023

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/21/2023 | $1,400.00 | | 02/22/2023 | $4,200.00 | 3021276  Rec. | 03/20/2023 | $1,400.00 | |
| 04/18/2023 | $1,770.00 | | 05/17/2023 | $1,770.00 | | 06/27/2023 | $1,770.00 | |
| 07/31/2023 | $1,770.00 | | | | | | | |

**Total Receipts for the Period: $14,080.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,080.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,923.00 | $2,923.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NAVY FEDERAL CREDIT UNION<br>»» 002 | Unsecured Creditors | $16,396.19 | $0.00 | $16,396.19 |
| 3 | NAVY FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $20,432.79 | $0.00 | $20,432.79 |
| 4 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $685.82 | $0.00 | $685.82 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»» 005 | Secured Creditors | $4,254.45 | $396.60 | $3,857.85 |
| 6 | COMCAST INC<br>»» 006 | Unsecured Creditors | $133.41 | $0.00 | $133.41 |
| 7 | CITIBANK NA<br>»» 007 | Unsecured Creditors | $1,898.88 | $0.00 | $1,898.88 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $439.94 | $0.00 | $439.94 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 009 | Unsecured Creditors | $4,907.97 | $0.00 | $4,907.97 |
| 10 | VERIZON BY AIS AS AGENT<br>»» 010 | Unsecured Creditors | $61.52 | $0.00 | $61.52 |
| 11 | EDUCATIONAL CREDIT MGMT CORP<br>»» 011 | Unsecured Creditors | $82,103.63 | $0.00 | $82,103.63 |
| 12 | QUANTUM3 GROUP LLC<br>»» 012 | Unsecured Creditors | $2,516.96 | $0.00 | $2,516.96 |
| 13 | NATIONSTAR MORTGAGE LLC<br>»» 013 | Mortgage Arrears | $20,933.93 | $1,951.47 | $18,982.46 |
| 14 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $1,044.05 | $97.33 | $946.72 |
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 015 | Secured Creditors | $63,330.55 | $5,903.71 | $57,426.84 |

| 16 | UNITED STATES TREASURY (IRS) »» 016 | Unsecured Creditors | $7,489.34 | $0.00 | $7,489.34 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,080.00 | Current Monthly Payment: | $1,767.00 |
| Paid to Claims: | $11,272.11 | Arrearages: | $2,122.00 |
| Paid to Trustee: | $1,197.19 | Total Plan Base: | $102,785.00 |
| Funds on Hand: | $1,610.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.