United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-12378-amc

Redell Crabbe     Chapter 13

Deborah Crabbe

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Oct 16, 2025     Form ID: pdf900     Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Redell Crabbe, Deborah Crabbe, 127 W. Washington Lane, Philadelphia, PA 19144-2613 |
| 14722854 | + | Nationstar Mortgage LLC, C/O Denise Carlon, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14720102 | + | U.S. Department of Housing and Urban Development, 26 FEDERAL PLAZA SUITE 3541, New York, NY 10278-0004 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2025 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | City of Philadelphia, City of Philadelphia Law Department, c/o Joshua Domer, 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| 14719772 | + | Email/Text: bncnotifications@pheaa.org | Oct 17 2025 00:45:00 | AES/Pennsylvania Higher Education Assist, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14719774 | | Email/Text: ebn@americollect.com | Oct 17 2025 00:45:00 | Americollect, Inc, Po Box 1566, 1851 South Alverno Road, Manitowoc, WI 54221 |
| 14719773 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 17 2025 00:56:17 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14719775 | + | Email/Text: Bankruptcy@BAMcollections.com | Oct 17 2025 00:45:00 | Bureau of Account Managment, Attn: Bankruptcy, 3607 Rosemont Ave, Ste 502, Pob 8875, Camp Hill, PA 17001-8875 |
| 14761483 | | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | City of Philadelphia, Law Dept Tax Unit, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14719778 | | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | City of Philadelphia, Tax Unit, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 14739691 | | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14730611 | + | Email/Text: documentfiling@lciinc.com | Oct 17 2025 00:45:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14719776 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2025 00:56:41 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |

Case 22-12378-amc   Doc 90   Filed 10/18/25   Entered 10/19/25 00:40:04   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14732640 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2025 00:56:18 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14730912 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2025 00:45:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14761826 | + | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | City of Philadelphia, Water Revenue Bureau, c/o Joshua Domer, Esq., 1401 JFK Boulevard 5th Floor, Philadelphia PA 19102-1663 |
| 14719779 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2025 00:45:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14719780 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 17 2025 00:45:36 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 14719781 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2025 00:56:17 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14719783 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2025 00:56:20 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14764599 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 17 2025 00:45:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14773039 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2025 00:45:00 | INTERNAL REVENUE SERVICE, INSOLVENCY, PO Box 7346, Phila., PA 19101-7346 |
| 15056463 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 17 2025 00:56:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14727888 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2025 00:56:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14719784 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2025 00:56:36 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14719785 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 17 2025 00:45:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14734725 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 17 2025 00:45:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14719786 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 17 2025 00:45:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14721050 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 17 2025 00:45:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14734609 | | Email/Text: bnc-quantum@quantum3group.com | Oct 17 2025 00:45:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14733558 | + | Email/Text: bncnotifications@pheaa.org | Oct 17 2025 00:45:00 | TRUIST BANK, c/o PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14719787 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 17 2025 00:45:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |
| 14729750 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 17 2025 00:45:00 | Toyota Motor Credit Corporation, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14733352 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 17 2025 00:56:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: pdf900 | Total Noticed: 36 |

| | | | |
|---|---|---|---|
| cr | * | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14761484 | *P++ | | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Dept - Tax Unit, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14719777 | *+ | | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14719782 | *+ | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15056466 | *+ | | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

**Name**  **Email Address**

BRAD J. SADEK
  on behalf of Joint Debtor Deborah Crabbe brad@sadeklaw.com
  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

BRAD J. SADEK
  on behalf of Debtor Redell Crabbe brad@sadeklaw.com
  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

CHRISTOPHER A. DENARDO
  on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com

DENISE ELIZABETH CARLON
  on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com

HEATHER STACEY RILOFF
  on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com

KERI P EBECK
  on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
  btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

PAMELA ELCHERT THURMOND
  on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov

SCOTT F. WATERMAN [Chapter 13]
  ECFMail@ReadingCh13.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Redell Crabbe<br>    Deborah Crabbe<br><br>                 Debtors | Chapter 13<br><br>Bankruptcy No. 22-12378-AMC |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 16, 2025**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE